trial be had specific questions be left to the jury. We also hold that the learned trial court erred in declining to receive the original answer of defendant in evidence, and correctly ruled that under section 244 of the Second Class Cities Law, plaintiff was required to serve a notice of claim and of intention to commence an action. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

HATTIE P. LEWIS, Appellant, v. THE CITY OF SYRACUSE, Respondent.—Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the verdict of $550 in favor of plaintiff was insufficient and in that respect against the weight of the evidence. All concur, except Edgcomb, J., who dissents and votes for affirmance. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

BARNEY BAKER, Respondent, v. G. H. POPPENBERG, INCORPORATED, Appellant, Impleaded with Others, Defendants.— Judgment affirmed, with costs. Order modified by reducing the costs awarded therein to the sum of ten dollars, and as so modified affirmed, without costs on this appeal to either party. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

EXLER-BAKER MOTOR CORPORATION, Respondent, v. G. H. POPPENBERG, INCORPORATED, Appellant, Impleaded with Others, Defendants.— Judgment affirmed, with costs. Order modified by reducing the costs awarded therein to the sum of ten dollars, and as so modified affirmed, without costs on this appeal to either party. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

MARY S. GIVEN, Respondent, v. FRANK SHAY, Appellant, and Others, Defendants.— Judgment so far as appealed from affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

JOHN POLLOCK, Respondent, v. ALVA M. BARBER, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

LILA COLE, Respondent, v. PETER SYLVIA, Appellant.— Final order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

NICHOLAS GRAZIANO, Respondent, v. EUGENE KORZENIEWSKI, Appellant, Impleaded with Another, Defendant.— Judgment so far as appealed from affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

LILLIAN P. COLLINS, as Administratrix, etc., of RAYMOND COLLINS, Deceased, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 19166.) — Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

EDWARD P. NORTON, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 19167.) — Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Application of OLIN D. JOHNSON and Another for the Judicial Construction of the Last Will and Testament of SARAH A. WAKE, Deceased, Late of the Village of Williamson, Wayne County, New York.— Decree affirmed. with costs to the respondent, Women's Home Missionary Society,